1    Eldora L. Ellison (*pro hac vice*)
     Mark Fox Evens (*pro hac vice*)
2    Deborah A. Sterling (*pro hac vice*)
3    **STERNE, KESSLER, GOLDSTEIN & FOX PLLC**
     1100 New York Avenue N.W.
4    Washington, D.C. 20005
     Telephone: 202.371.2600
5    Facsimile: 202.371.2540
     Email: eellison@skgf.com
6    Email: mevens@skgf.com
     Email: dsterlin@skgf.com
7

8    Gregory P. O'Hara, (State Bar No. 131963)
     Robert E. Krebs (State Bar No. 57526)
9    **NIXON PEABODY LLP**
     2 Palo Alto Square
10   3000 El Camino Real, Suite 500
     Palo Alto, CA 94306
11   Telephone: 650.320.7750
12   Facsimile: 866.294.5752
     Email:gohara@nixonpeabody.com
13   Email: rkrebs@nixonpeabody.com

14
     *Attorneys for Defendant and Cross-Action Plaintiff*
15   *Pacific Biosciences of California, Inc.*

16            **UNITED STATES DISTRICT COURT**

17         **NORTHERN DISTRICT OF CALIFORNIA**

18                **SAN JOSE DIVISION**
19

| | |
|---|---|
| 20    LIFE TECHNOLOGIES CORPORATION | Civil Action No.: 5:11-cv-01582 - HRL |
| 21       Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND CROSS-ACTION** |
| 22    v. | |
| 23    PACIFIC BIOSCIENCE OF CALIFORNIA, INC. | |
| 24 | |
| 25       Defendant. | |
| 26 | |
| 27    AND RELATED CROSS-ACTIONS | |

28

13432703.2

STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT AND CROSS-ACTION

5:11-co-01582

WHEREAS, on March 31, 2011, Plaintiff LIFE TECHNOLOGIES CORPORATION ("Plaintiff") filed its Complaint, thereby commencing this action against Defendant PACIFIC BIOSCIENCES OF CALIFORNIA, INC.[1] ("Defendant");

WHEREAS, Defendant filed a Cross-Action against Plaintiff in this matter on April 14, 2011;

WHEREAS, Defendant's response to the Complaint was due to be filed on April 21, 2011 and Plaintiff's response to the Cross-Action was due to be filed on May 5, 2011;

WHEREAS, the parties have agreed that they need additional time to investigate the allegations in the Complaint and Cross-Action, they have agreed that they may each have an additional thirty (30) days to respond to these pleadings;

WHEREAS, there have been no prior requests for extensions of time in this matter and the extension of the response dates will not alter the date of any event or deadline already fixed by Court order;

THEREFORE, the parties stipulate and agree that, without prejudice to or waiver of any of their respective claims, defenses, or positions that:

1.   Defendant PACIFIC BIOSCIENCES OF CALIFORNIA, INC. may have until May 23, 2011 to file a responsive pleading to the Complaint.

2.   Plaintiff LIFE TECHNOLOGIES CORPORATION may have until June 6, 2011 to file a responsive pleading to the Cross-Action.

---

[1] As filed, the complaint's caption has a typographical error in omitting the final letter "s" from what should have read "Pacific Biosciences," which is the proper name and which is spelled correctly elsewhere in the complaint.

-2-

13432703.2

STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT AND CROSS-ACTION

5:11-co-01582

1  DATED: ___April 24, 2011_____    NIXON PEABODY LLP

2

3                                          /s/ Lisa A. Cole_____
                                           Gregory P. O'Hara
4                                          Robert E. Krebs
                                           Lisa A. Cole
5                                          Attorneys for Pacific Biosciences of California, Inc.

6                                          Eldora L. Ellison (*pro hac vice*)
                                           Mark Fox Evens (*pro hac vice*)
7                                          Deborah A. Sterling (*pro hac vice*)
                                           **STERNE, KESSLER, GOLDSTEIN & FOX PLLC**
8                                          Attorneys for Pacific Biosciences of California, Inc.

9

10

11  DATED ___April 24, 2011_____

                                           TROUTMAN SANDERS LLP
12

13

14                                         /s/ Daniel A. Ladlow_____
                                           Matthew D. Murphey
15                                         TROUTMAN SANDERS LLP
                                           550 West B Street, Suite 400
16                                         San Diego, CA 92101-3599
                                           Tel: (619) 235-4040
17                                         Fax: (619) 231-8796
                                           Email: matt.murphey@troutmansanders.com
18
                                           Daniel A. Ladow (pro hac vice)
19                                         TROUTMAN SANDERS LLP
                                           405 Lexington Avenue
20                                         New York, New York 10174
                                           Tel: (212) 704-6000
21                                         Fax: (212) 704-6288
                                           Email: daniel.ladow@troutmansanders.com
22

23

24

25

26

27

28
                                           -3-                                    13432703.2

STIPULATION TO EXTEND TIME TO RESPOND TO                        5:11-co-01582
COMPLAINT AND CROSS-ACTION