UNITED STATES DISTRICT COURT
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

**April 26, 2011**

CASE NUMBER:  CV 11-01582 HRL
CASE TITLE:  LIFE TECHNOLOGIES CORP-v-PACIFIC BIOSCCIENCES, INC

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  **Case reassigned to the Honorable Lucy H. Koh** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **LHK** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/22/2011

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies  
Log Book Noted

Special Projects  
Entered in Computer 4/25/2011 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA