RECEIVED
2011 MAY -2 A 10: 24

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Life Technologies Corporation

        Plaintiff,

v.

Pacific Biosciences of California, Inc.

        Defendant.

CASE NO. 5:11-cv-01582-LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Byron L. Pickard, whose business address and telephone number is
1100 New York Avenue N.W.
Washington, D.C. 20005
Telephone: 202.371.2600

and who is an active member in good standing of the bar of The District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Pacific Biosciences of California, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 9, 2011

                *Lucy H. Koh*
                Judge Lucy H. Koh
                United States District Judge