RECEIVED

2011 MAY -2  A 10: 24

CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

Life Technologies Corporation

           Plaintiff,

   v.

Pacific Biosciences of California, Inc.

           Defendant.

_____/

**CASE NO.** 5:11-cv-01582-LHK

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Mark Fox Evens

1100 New York Avenue N.W.
Washington, D.C. 20005
Telephone: 202.371.2600

, whose business address and telephone number is

and who is an active member in good standing of the bar of  The District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Pacific Biosciences of California, Inc.

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  May 9, 2011

*Lucy H. Koh*

Judge Lucy H. Koh
United States  District      Judge