| | |
|---|---|
| KURTIS D. MACFERRIN (SBN 178006)<br>LIFE TECHNOLOGIES CORPORATION<br>850 Lincoln Centre Drive<br>Foster City, CA 94043<br>Telephone:    (650) 570-6667<br>Facsimile:    (650) 638-6677<br>kurtis.macferrin@lifetech.com | ELDORA L. ELLISON (*pro hac vice*)<br>MARK FOX EVENS (*pro hac vice*)<br>DEBORAH A. STERLING (*pro hac vice*)<br>BYRON L. PICKARD (*pro hac vice*)<br>STERNE KESSLER GOLDSTEIN & FOX<br>1100 New York Avenue N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 371-2600<br>Facsimile:  (202) 371-2540<br>eellison@skgf.com<br>mevens@skgf.com<br>dsterlin@skgf.com |
| POLAPHAT VERAVANICH (SBN 203964)<br>LIFE TECHNOLOGIES CORPORATION<br>5791 Van Allen Way<br>Carlsbad, CA 92008<br>Telephone:    (760) 476-6245<br>Facsimile:    (760) 476-6048<br>paul.veravanich@lifetech.com | GREGORY P. O'HARA (SBN 131963)<br>ROBERT E. KREBS (SBN 57526)<br>LISA A. COLE (SBN 184267)<br>NIXON PEABODY LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 500<br>Palo Alto, CA  94306<br>Telephone: (650) 320-7750<br>Facsimile:  (866) 294-5752<br>gohara@nixonpeabody.com<br>rkrebs@nixonpeabody.com<br>lcole@nixonpeabody.com |
| MATTHEW D. MURPHEY (SBN 194111)<br>TROUTMAN SANDERS LLP<br>11682 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Tel:  (858) 509-6000<br>Fax:  (858) 224-0944<br>matt.murphey@troutmansanders.com | |
| DANIEL A. LADOW (admitted *pro hac vice*)<br>TROUTMAN SANDERS LLP<br>405 Lexington Avenue<br>New York, New York 10174<br>Tel:  (212) 704-6000<br>Fax:  (212) 704-6288<br>daniel.ladow@troutmansanders.com | |
| Attorneys for Plaintiff LIFE TECHNOLOGIES CORPORATION | Attorneys for Defendant and Cross-Action Plaintiff PACIFIC BIOSCIENCES OF CALIFORNIA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>PACIFIC BIOSCIENCES OF CALIFORNIA, INC.,<br><br>            Defendant. | CASE NO. 5:11-CV-01582-PSG<br><br>**STIPULATION RE: IN-PERSON SETTLEMENT DISCUSSION DEADLINE**<br><br>xxxxxxxxxxx ] **ORDER** |

1   Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Life Technologies Corp. ("Life
2   Technologies") and Defendant Pacific Biosciences of California, Inc. ("PacBio") (collectively
3   "the Parties"), through their respective counsel of record, respectfully request that the Court
4   grant an extension of the September 7, 2011 deadline for the Parties to conduct the in-person
5   settlement discussion set forth in the Court's August 10, 2011 Minute and Case Management
6   Order.  PacBio identified dates on which it could be available to conduct an in-person settlement
7   discussion prior to September 7, 2011, but Life Technologies is unavailable on any of the
8   identified dates.  The Parties' corporate representatives will be able to conduct the in-person
9   settlement discussion on or before October 19, 2011, in Northern California, before the October
10  21, 2011 mediation deadline.

The Parties' requested time modification will not impact any other dates on the current
case schedule.  The Parties hereby request that the current schedule be modified as follows:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| In-person settlement discussion | September 7, 2011 | October 19, 2011 |

Respectfully submitted,

Dated:  September 2, 2011                By:  __/s/ Polaphat Veravanich___
                                              Polaphat Veravanich
                                              Attorney for Life Technologies Corporation


Dated:  September 2, 2011                By:  __/s/Eldora L. Ellison_____
                                              Eldora L. Ellison
                                              Attorney for Pacific Biosciences of California


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  __September 8, 2011_____    By:  _____
                                              The Honorable Paul S. Grewal

2

STIPULATION AND [PROPOSED] ORDER RE: IN-PERSON                                5:11-CV-01582-PSG
SETTLEMENT DISCUSSION DEADLINE
1460352v1

1 **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2 I, Polaphat Veravanich, attest that concurrence in the filing of this document has been

3 obtained from the other signatory.

4 I declare under penalty of perjury that the foregoing is true and correct.  Executed on

5 September 2, 2011.

6 By:  ___/s/Polaphat Veravanich_____
         Polaphat Veravanich