1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, )<br>                                )<br>             Plaintiff,          )<br>        v.                       )<br>                                )<br>PACIFIC BIOSCIENCES OF           )<br>CALIFORNIA, INC.,                )<br>                                )<br>             Defendants.         )<br>_____ ) | Case No.: C 11-01582 PSG<br><br>**CASE MANAGEMENT ORDER** |

On September 20, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference.  Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is September 30, 2011.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties shall participate in mediation.  The parties have advised that they are scheduled to appear for court-sponsored mediation on October 20, 2011.

IT IS FURTHER ORDERED that the parties' proposed bifurcated approach is adopted as

1   follows: (1) in phase one, issues of patentability (written description, enablement, and

2   novelty/obviousness), and accorded benefit will be tried; and (2) in phase two, issues of priority may

3   be tried.

4        IT IS FURTHER ORDERED that the parties may move for summary judgment.

5        IT IS FURTHER ORDERED that the following schedule shall apply to this case:

6   Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 27, 2012

7   Designation of Opening Experts with Reports . . . . . . . . . . . . . . . . . . . . . February 28, 2012

8   Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . . March 29, 2012

9   Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 27, 2012

10  Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

11  Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . . 10:00 a.m. on May 29, 2012

12  Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on July 31, 2012

13  Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on August 13, 2012

14       IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil

15  Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

16  of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint

17  Pretrial Statement, and all other pretrial submissions.

18  Dated: September 28, 2011

19                                    Paul S. Grewal
                                      PAUL S. GREWAL
20                                    United States Magistrate Judge

21

22

23

24

25
    ─────────────────────

26       [1]      This is the last date for *hearing* dispositive motions.  Any such motions must be noticed
    in compliance with Civil Local Rule 7-2(a).

27       [2]      A copy of Judge Grewal's standing order is also available on the court's website at
28  www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on
    the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's
    Civil Standing Order."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28