POLAPHAT VERAVANICH (SBN 203964)
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA  92008
Telephone:  (760) 476-6245
Facsimile:    (760) 476-6048
paul.veravanich@lifetech.com

MATTHEW D. MURPHEY (SBN 194111)
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA  92130
Telephone:  (858) 509-6000
Facsimile:    (858) 224-0944
matt.murphey@troutmansanders.com

DANIEL A. LADOW (admitted *pro hac vice*)
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, New York  10174
Telephone:  (212) 704-6000
Facsimile:    (212) 704-6288
daniel.ladow@troutmansanders.com

Attorneys for Plaintiffs LIFE TECHNOLOGIES
CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION,<br><br>                    Plaintiff,<br>         v.<br><br>PACIFIC BIOSCIENCES OF CALIFORNIA, INC.,<br><br>                    Defendant. | CASE NO. 5:11-CV-01582-PSG<br><br>ORDER GRANTING (AS MODIFIED)<br>**JOINT STIPULATION ~~AND~~ ~~[PROPOSED] ORDER~~ SHORTENING TIME** |

WHEREAS, plaintiff Life Technologies Corporation ("Life") and defendant Pacific

Biosciences of California, Inc. ("PacBio") agree that early resolution of Life's Motion To Compel

filed concurrently herewith is desirable;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

1

the parties, through their respective counsel, that:

(1)     Life shall file its Motion To Compel on December 16, 2011;

(2)     PacBio shall file its opposition to the Motion on or before December 28, 2011;

(3)     Life shall file any reply on or before December 30, 2011; and

(4)     the hearing on the Motion shall take place on January 3, 2012, or as soon thereafter as the matter may be heard before the Honorable Paul S. Grewal.


Dated:  December 16, 2011                    TROUTMAN SANDERS LLP

By:_____/s/ Daniel A. Ladow_____
            Daniel A. Ladow
Attorney for Life Technologies Corporation


Dated:  December 16, 2011                    STERNE KESSLER GOLDSTEIN & FOX PLLC

By:_____/s/ Byron L. Pickard_____
            Byron L. Pickard
Attorney for Pacific Biosciences of California, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
PacBio's opposition shall be no longer than 20 pages and Life's reply shall be no longer than 5 pages.

DATED: ~~12/19/2011~~                    _Paul S. Grewal_____
                                          HONORABLE PAUL S. GREWAL

JOINT STIPULATION                                          5:11-CV-01582-PSG

1

2                    **ATTESTATION PURSUANT TO GENERAL ORDER 45**

3          I, Daniel A. Ladow, attest that concurrence in the filing of this document has been

4   obtained from the other signatory.

5          I declare under penalty of perjury that the foregoing is true and correct.  Executed on

6   December 16, 2011.

7                                              By:   ___/s/Daniel A. Ladow___
                                                      Daniel A. Ladow
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION                                                      5:11-CV-01582-PSG