POLAPHAT VERAVANICH (SBN 203964)
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA 92008
Telephone: (760) 476-6245
Facsimile: (760) 476-6048
paul.veravanich@lifetech.com

MATTHEW D. MURPHEY (SBN 194111)
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 509-6000
Fax: (858) 224-0944
matt.murphey@troutmansanders.com

DANIEL A. LADOW (admitted *pro hac vice*)
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, New York 10174
Tel: (212) 704-6000
Fax: (212) 704-6288
daniel.ladow@troutmansanders.com

*Attorneys for Plaintiff* LIFE TECHNOLOGIES CORPORATION

ELDORA L. ELLISON (*pro hac vice*)
MARK FOX EVENS (*pro hac vice*)
DEBORAH A. STERLING (*pro hac vice*)
BYRON L. PICKARD (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN
& FOX PLLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-2600
Fax: (202) 371-2540
eellison@skgf.com
mevens@skgf.com
dsterlin@skgf.com
bpickard@skgf.com

MICHAEL J. MALECEK (SBN 171034)
KAYE SCHOLER LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Tel: (650) 319.4500
Fax: (650) 319-4700
michael.malecek@kayescholer.com

*Attorneys for Defendant and
Cross-Action Plaintiff* PACIFIC
BIOSCIENCES OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BIOSCIENCES OF CALIFORNIA, INC.<br><br>Defendant. | Civil Action No.: 5:11-cv-01582-PSG<br><br>ORDER GRANTING (AS MODIFIED)<br>**JOINT MOTION TO AMEND PRETRIAL CONFERENCE SCHEDULE** |

JOINT MOTION TO AMEND
PRETRIAL CONFERENCE SCHEDULE

1  Pacific Biosciences of California, Inc. ("PacBio") and Life Technologies

2  Corporation ("Life") jointly ask this Court to postpone the Pretrial Conference in this case

3  by one week, moving it from May 1, 2012 to May ~~8,~~ 11 2012, at 10AM.  The parties do not seek to

4  change the May 29, 2012 trial date.

5

6  The parties jointly request this postponement because they believe that they are

7  close to reaching a settlement.  Rescheduling the Pretrial Conference will allow the parties

8  to avoid the significant and potentially unnecessary expense of preparing pretrial

9  submissions (now due on April ~~17~~ 27 and ~~24)~~ 5/4/2012) while they work to conclude settlement

10  negotiations and finalize a settlement agreement.

11

12                                          Respectfully submitted,

13

14                                          TROUTMAN SANDERS LLP

15  Dated:  April 13, 2012            By:  _____s/Daniel A. Ladow_____
                                              Daniel A. Ladow
16                                          Attorney for Life Technologies Corporation

17

18                                          STERNE, KESSLER, GOLDSTEIN & FOX PLLC

19

20  Dated: April 13, 2012             By:  _____s/Byron L. Pickard_____
                                              Byron L. Pickard
21                                          Attorney for Pacific Biosciences of
                                            California, Inc.

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Byron L. Pickard, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 13, 2012.

By: ___s/Byron L. Pickard_____
Byron L. Pickard
Attorney for Pacific Biosciences of California, Inc.

[~~PROPOSED~~] **ORDER**   (AS MODIFIED ABOVE)

This motion to modify the schedule is hereby adopted by the Court, and the parties are ordered to comply with this Order.

Dated: ___4/17/2012_____   By: _____[signature]_____
The Honorable Paul S. Grewal

JOINT MOTION TO AMEND                                                5:11-cv-01582 – PSG
PRETRIAL CONFERENCE SCHEDULE