| | |
|---|---|
| POLAPHAT VERAVANICH (SBN 203964)<br>LIFE TECHNOLOGIES CORPORATION<br>5791 Van Allen Way<br>Carlsbad, CA 92008<br>Telephone: (760) 603-7200<br>Facsimile: (760) 476-6048<br>paul.veravanich@lifetech.com | ELDORA L. ELLISON (*pro hac vice*)<br>MARK FOX EVENS (*pro hac vice*)<br>DEBORAH A. STERLING (*pro hac vice*)<br>BYRON L. PICKARD (*pro hac vice*)<br>STERNE KESSLER GOLDSTEIN & FOX<br>1100 New York Avenue N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 371-2600<br>Facsimile: (202) 371-2540<br>eellison@skgf.com<br>mevens@skgf.com<br>dsterlin@skgf.com |
| MATTHEW D. MURPHEY (SBN 194111)<br>TROUTMAN SANDERS LLP<br>11682 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone: (858) 509-6000<br>Facsimile: (858) 224-0944<br>matt.murphey@troutmansanders.com | MICHAEL J. MALECEK (SBN 171034)<br>KAYE SCHOLER LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 319.4500<br>Facsimile: (650) 319-4700<br>michael.malecek@kayescholer.com |
| DANIEL A. LADOW (admitted *pro hac vice*)<br>TROUTMAN SANDERS LLP<br>405 Lexington Avenue<br>New York, New York 10174<br>Telephone: (212) 704-6000<br>Facsimile: (212) 704-6288<br>daniel.ladow@troutmansanders.com | |
| Attorneys for Plaintiff LIFE TECHNOLOGIES CORPORATION | Attorneys for Defendant and Cross-Action Plaintiff PACIFIC BIOSCIENCES OF CALIFORNIA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC BIOSCIENCES OF CALIFORNIA, INC.,<br><br>    Defendant. | CASE NO. 5:11-CV-01582-PSG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

1  Effective upon entry of this Order, the parties to the above-entitled action, by and through
2  their respective attorneys, pursuant to Fed. R. Civ. P. 41 hereby stipulate to dismiss this action in
3  its entirety, including all claims and cross-claims, with prejudice, subject to the terms and
4  conditions of the Settlement Agreement by and between all parties. The Court retains
5  jurisdiction to enforce the Settlement Agreement. Each party shall bear its own costs, expenses,
6  and attorneys' fees.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: [signature] | By: [signature] |
| Polaphat Veravanich<br>LIFE TECHNOLOGIES CORPORATION<br>5791 Van Allen Way<br>Carlsbad, CA 92008<br><br>Matthew D. Murphey<br>TROUTMAN SANDERS LLP<br>550 West B Street, Suite 400<br>San Diego, CA 92101<br><br>Daniel A. Ladow (*pro hac vice*)<br>TROUTMAN SANDERS LLP<br>405 Lexington Avenue<br>New York, NY 10174<br><br>Attorneys for Plaintiff LIFE TECHNOLOGIES CORPORATION | Eldora L. Ellison (*pro hac vice*)<br>Deborah A. Sterling (*pro hac vice*)<br>Byron L. Pickard (*pro hac vice*)<br>STERNE KESSLER GOLDSTEIN & FOX, PLLC<br>1100 New York Ave, NW<br>Washington, DC 20005<br><br>Michael J. Malecek<br>KAYE SCHOLER LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br><br>Attorneys For Defendant<br>PACIFIC BIOSCIENCES OF CALIFORNIA, INC. |

22  IT IS SO ORDERED.

24  Dated: April ___, 2012            By: _____
                                          The Honorable Paul S. Grewal
                                          United States Magistrate Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Polaphat Veravanich, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 25, 2012.

By: /s/ Polaphat Veravanich
Polaphat Veravanich
Attorney for Life Technologies Corp.